# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  11-cv-02196-PAB-MJW          FTR - Courtroom A-502

**Date:**  November 21, 2011                      Courtroom Deputy, Ellen E. Miller

| _Parties_ | _Counsel_ |
|---|---|
| TINA LUSTER, | Hollie L. Wieland    (by telephone) |
|   Plaintiff(s), |  |
| v. |  |
| GOODWILL INDUSTRIES OF COLORADO | Glenn H. Schlabs |
|  | Sarah R. Peace |
|   Defendant(s). |  |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:30 a.m.
Court calls case.  Appearances of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Joinder of Parties/Amendment to Pleadings:  **JANUARY 05, 2012**

Discovery Cut-off:   **MAY 21, 2012**

Dispositive Motions Deadline:   **JUNE 21, 2012**

Each side shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before FEBRUARY 14, 2012**
Parties shall designate rebuttal experts  **on or before  MARCH 15, 2012**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before  **APRIL 18, 2012.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) fact depositions.  Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than MAY 21, 2012.**

Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits or Defendant Exhibits. Parties shall not use any duplicative exhibits.

A **SETTLEMENT CONFERENCE** is set for **DECEMBER 01, 2011 at 10:00 a.m.**
in Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Mr. Schlabs notes he has an appointment early the morning of December 01, 2011 and the Court notes Mr. Schlabs late arrival will be excused.
Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe
via e-mail, as a PDF attachment, at Watanabe_Chambers@cod.uscourts.gov
**on or before NOVEMBER 30, 2011.**
In the subject line of the e-mail, counsel shall list the case number, short caption, date of the conference and "confidential settlement statement."
Statements containing more than 15 pages **should** also be submitted in hard copy paper form with the envelope addressed to "Magistrate Judge Watanabe Chambers. Personal and Confidential".
All attorneys, parties and/or client representatives, including an adjustor if an insurance company is involved, with full settlement authority shall be present **in person** at the settlement conference. Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement may result in denial of entry to the courthouse.

**FINAL PRETRIAL CONFERENCE** set for **AUGUST 21, 2012 at 9:00 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov, **on or before AUGUST 16, 2012.**
**In the subject line** of the e-mail, counsel shall list the case number, short caption, and "proposed final pretrial order." (See www.cod.uscourts.gov for more information.)
Valid photo identification is required to enter the courthouse. In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a four (4) day trial to a jury.
The Honorable Philip A. Brimmer will set a Trial Preparation Conference and Trial at a future date.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered  with interlineations   **NOVEMBER 21, 2011**

The court raises the Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order [Docket No. 13] for discussion. With  no objections,

**It is ORDERED:**      Plaintiff's UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER [Docket No. **13**, filed November 18, 2011] is **GRANTED** for reasons as set forth on the record.

The written STIPULATED PROTECTIVE ORDER (docket no. 13-1) is approved as   amended in paragraphs 11 and 12 , and made an Order of Court.

Hearing concluded.

**Court in recess:**    9:53 a.m.
Total in-court time: 00:23

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.