IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02196-PAB-MJW

TINA LUSTER,

Plaintiff(s),

v.

GOODWILL INDUSTRIES OF COLORADO SPRINGS,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that the Unopposed Motion to Vacate and Reschedule Settlement Conference, DN 18, filed with the Court on November 30, 2011, filed with the court on November 30, 2011, is GRANTED.  The settlement conference set on December 1, 2011, at 10:00 a.m., is VACATED.  The parties shall jointly contact the court on or before December 16, 2011 by calling (303) 844-2403 to reset this settlement conference for a future date.

Date:  November 30, 2011